UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

Caption in Compliance with D.N.J. LBR 9004-1(b)

Vincent D. Commisa, Esq.  (VC-1594)
20 Manger Road
West Orange, New Jersey 07052
(973) 821-7722
Attorney for Debtors

Order Filed on September 29, 2016 by Clerk, U.S. Bankruptcy Court - District of New Jersey

In Re:

DAVID SCOTT WILSON and
THERESA ANNA DiMARTINO

Case No.: 16-16738

Chapter: 13

Judge: ~~SLM~~Stacey L. Meisel

## ORDER SHORTENING TIME PERIOD FOR NOTICE, SETTING HEARING AND LIMITING NOTICE

The relief set forth on the following pages, numbered two (2) and three (3) is hereby **ORDERED**.

DATED: September 29, 2016

*Stacey L. Meisel*
Honorable Stacey L. Meisel
United States Bankruptcy Judge

After review of the application of ____Vincent D. Commisa, Esq.____ ,on behalf of the debtor, for the reduction of time for a hearing on _Debtors' Motion Seeking a Second Order for Loss Mitigation_ _____ under Fed. R. Bankr. P. 9006(c)(1), it is

ORDERED as follows:

1. A hearing will be conducted on the matter on _October 12, 2016_ at _10:30am_ in the United States Bankruptcy Court, __50 Walnut St. Newark, NJ 07102__, Courtroom No. _3A_.

2. The Applicant must serve a copy of this Order, and all related documents, on the following parties: Secured Creditor, Secured Creditor's Attorney, Trustee, and UST

by ☐ each, ☒ any of the following methods selected by the Court:

☒ fax, ☒ overnight mail, ☐ regular mail, ☒ email, ☐ hand delivery.

3. The Applicant must also serve a copy of this Order, and all related documents, on the following parties: All other parties in interest and anyone having filed a notice of appearance with the Bankruptcy Court in this case.

by ☐ each, ☐ any of the following methods selected by the Court:

☒ fax, ☒ overnight mail, ☒ regular mail, ☐ email, ☐ hand delivery.

4. Service must be made:

☐ on the same day as the date of this order, or

☒ within __1__ day(s) of the date of this Order.

5. Notice by telephone:

☐ is not required

☒ must be provided to Secured Creditor's Attorney, Trustee, & UST

☐ on the same day as the date of this Order, or

☒ within __1__ day(s) of the date of this Order.

2

6. A *Certification of Service* must be filed prior to the hearing date.

7. Any objections to the motion/application identified above:

    ☐ must be filed with the Court and served on all parties in interest by electronic or overnight mail _____ day(s) prior to the scheduled hearing; or

    ☒ may be presented orally at the hearing.

8.   ☒ Court appearances are required to prosecute the motion/application and any objections.

    ☐ Parties may request to appear by phone by contacting Chambers prior to the return date.

*rev.2/1/16*